AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Michael Hennessey

*Defendant*

)
)
) Case: 1:24-mj-00146
) Assigned to: Judge Upadhyaya, Moxila A.
) Assign Date: 4/29/2024
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Michael Edward Hennessey__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 04/29/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04/30/2024, and the person was arrested on *(date)* 05/01/2024
at *(city and state)* Palm Harbor, FL.

Date: 05/01/2024

*Arresting officer's signature*

Timothy Campbell SA /HSI
*Printed name and title*