AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Michael Hennessey

*Defendant*

)
)
) Case: 1:24-mj-00146
) Assigned to: Judge Upadhyaya, Moxila A.
) Assign Date: 4/29/2024
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Michael Edward Hennessey__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 04/29/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 04/30/2024, and the person was arrested on (date) 05/01/2024
at (city and state) Palm Harbor, FL.

Date: 05/01/2024

*Arresting officer's signature*

Timothy Campbell  SA /HSI
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:24-mj-1687-CPT | | DATE: | May 1, 2024 |
|---|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL HENNESSEY | | | **LANGUAGE:** | |
| | | | **GOVERNMENT COUNSEL**<br>MIKE GORDON, AUSA | |
| | | | **DEFENSE COUNSEL**<br>STEPHEN CONSUEGRA, AFPD | |
| **COURT REPORTER:** | Digital | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:** | 2:20 pm – 2:53 pm | **TOTAL:** 33 Minutes | **PRETRIAL:** | |
| | | | **COURTROOM:** | 12B |

**PROCEEDINGS:    INITIAL APPEARANCE**

Defendant present        Arrest date: May 1, 2024

Defendant provided copy of complaint.

Court summarized charges; court advises defendant of rule 5 rights

Oral motion to appoint counsel.    Oral motion granted.

Financial affidavit submitted; public defender's office appointed.

Preliminary hearing WAIVED.

Bond:  <u>Government</u> Agrees to release recommended by pretrial services.

<u>Defendant</u> No objection to release conditions.

Court: Releases the defendant on pretrial release.

Status May 13, 2024 via Zoom before Judge Upadhaya Moxila A. (District of Columbia)

Due process order.

AO 199A (Rev. 12/11) Order Setting Conditions of Release                                   Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No.  8:24-mj-1687-CPT |
| Michael Hennessey | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                 Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ _____
                                            *Custodian*                                    *Date*

(✓) (7) The defendant must:
    (✓) (a) submit to supervision by and report for supervision to the PRETRIAL SERVICES (AS DIRECTED), telephone number _____ , no later than _____ .
    (✓) (b) continue or actively seek employment.
    ( ) (c) continue or start an education program.
    (✓) (d) surrender any passport to: Pretrial Services
    (✓) (e) not obtain a passport or other international travel document.
    (✓) (f) abide by the following restrictions on personal association, residence, or travel: Travel restricted to the Middle District of Florida and District of Columbia for court appearances and consultation with counsel only.
    ( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
    (✓) (h) get medical or psychiatric treatment: Submit to a mental health evaluation and any treatment deemed necessary to include psychiatric medication and treatment with all cost to be by the defendant as directed by Pretrial Services.
    ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
    ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    (✓) (k) not possess a firearm, destructive device, or other weapon.
    ( ) (l) not use alcohol ( ) at all ( ) excessively.
    ( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    (✓) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as directed by the pretrial services office or supervising officer; or
        ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or (all absences my be preapproved by pretrial)
        ( ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
            Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release            Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
      ( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
      ( ☐ ) (ii)  Voice Recognition; or
      ( ☐ ) (iii) Radio Frequency; or
      ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops initiated by law enforcement.

( ☑ ) (t) Firearms shall be surrendered today to law enforcement as agreed to by counsel.

ADDITIONAL CONDITIONS: *

AO 199C  (Rev. 09/08) Advice of Penalties                                                                                        Page ____4____ of ____4____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____ *[signature]* _____
*Defendant's Signature*

Tampa, Florida
*City and State*

### Directions to the United States Marshal

( ✓ )  The defendant is ORDERED released after processing.
(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  5/1/2024                                                                 _____ *[signature]* _____
*Judicial Officer's Signature*

Christopher P. Tuite, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION:     COURT       DEFENDANT       PRETRIAL SERVICE       U.S. ATTORNEY       U.S. MARSHAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:24-mj-1687
Charging District Case No. 1:24-mj-146

MICHAEL HENNESSEY
_____/

## ORDER OF REMOVAL

The Defendant having been apprehended in the Middle District of Florida on a warrant issued out of the District of Columbia and having been subsequently released on bond, it is hereby ORDERED:

1. The Defendant shall personally appear before United States Magistrate Judge Moxila A. Upadhyaya on May 16, 2024, at 12:30 p.m. via Zoom video conference.

2. The Defendant is warned that a failure to appear as directed shall constitute a violation of his pretrial release conditions.

SO ORDERED in Tampa, Florida, this 3rd day of May 2024.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record

CLOSED

## U.S. District Court
## Middle District of Florida (Tampa)
## CRIMINAL DOCKET FOR CASE #: 8:24-mj-01687-CPT All Defendants

Case title: USA v. Hennessey

Date Filed: 05/01/2024

Date Terminated: 05/03/2024

Assigned to: Magistrate Judge Christopher P. Tuite

**Defendant (1)**

Michael Hennessey
*TERMINATED: 05/03/2024*

represented by Stephen Consuegra
Federal Defender Middle District of Florida
400 N. Tampa Street
Suite 2700
Tampa, FL 33602
813-228-2715
Email: stephen_consuegra@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:231.F CIVIL DISORDER, 18:1752.P RESTRICTED BUILDING OR GROUNDS, 40:5104E.M VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS | |

| | | |
|---|---|---|
| USA | represented by | **Jennifer Lynn Peresie**<br>US Attorney's Office - FLM<br>Suite 3200<br>400 N Tampa St<br>Tampa, FL 33602-4798<br>813-274-6000<br>Fax: 813-274-6178<br>Email: jennifer.peresie@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Michael M. Gordon**<br>DOJ-USAO<br>Criminal Division, Violent Crimes and Gangs Section<br>400 North Tampa Street<br>Suite 3200<br>Tampa, FL 33602<br>813-274-6370<br>Email: michael.gordon3@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2024 | 1 | Arrest pursuant to Rule 5(c)(2) of Michael Hennessey from the District of Columbia. (JS) (Entered: 05/01/2024) |
| 05/01/2024 | 2 | ***CJA 23 Financial Affidavit by Michael Hennessey. (JS) (Entered: 05/01/2024) |
| 05/01/2024 | 4 | ORAL MOTION to Appoint Counsel, ORAL MOTION for Bond by Michael Hennessey. (JS) (Entered: 05/02/2024) |
| 05/01/2024 | 5 | Minute Entry for In Person proceedings held before Magistrate Judge Christopher P. Tuite: granting 4 Motion to Appoint Counsel (1); granting 4 Motion for Bond. as to Michael Hennessey (1); INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 5/1/2024 as to Michael Hennessey from the District of Columbia. (DIGITAL) (JS) (Entered: 05/02/2024) |
| 05/01/2024 | 6 | **ORDER Setting Conditions of Release Signed by Magistrate Judge Christopher P. Tuite on 5/1/2024. (JS)** (Entered: 05/02/2024) |
| 05/01/2024 | 7 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20-mc-20-TJC, Doc 1 as to Michael Hennessey : Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (AMS) (Entered: 05/03/2024) |
| 05/03/2024 | 8 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Michael Hennessey Signed by Magistrate Judge Christopher P. Tuite on 5/3/2024. (AMS)** (Entered: 05/03/2024) |

| | |
|---|---|
| | retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (AMS) (Entered: 05/03/2024) |