## UNITED STATES DISTRICT COURT
## FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 24-mj-146 |
| : | |
| **MICHAEL HENNESSEY** : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the Unopposed Motion to Continue and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled hearing on September 17, 2024, be continued for good cause to October 17, 2024, at 1:00 pm; and it is further

**ORDERED** that the time between date of September 17, 2024, and October 17, 2024, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide and to allow parties additional time to continue negotiating the plea offer.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE